UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 03-CV-22279-~~HOEVELER~~ Martinez

RUSSELL V. ROSEN, and
RABBI JOEL LEVINE,
on behalf of himself and all
others similarly situated,

        Plaintiffs,

vs.

CHOICEPOINT, INC.,

        Defendant.
_____/

**NIGHT BOX FILED**
OCT 20 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### PLAINTIFFS RUSSELL ROSEN'S AND RABBIE JOEL LEVINE'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Russell Rosen and Rabbi Joel Levine, with the agreement of counsel for Defendant, Choicepoint, Inc., and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, move this Court for entry of an Order dismissing the above action without prejudice.

In support of this Unopposed Motion, Plaintiffs aver that:

1. Defendant is named as a defendant in a separate action, *Fresco v. Automotive Directions, Inc., et al.,* Case No. 03-61063-CIV, which is currently pending before District Court Judge Jose E. Martinez ("*Fresco*"). The *Fresco* case (formerly styled Brooks v. Auto Data Direct, et al.), was filed in Florida state court on April 24, 2003, and was removed to the United States District Court for the Southern District of Florida on May 29, 2003

2. This action is substantively similar to *Fresco*: Defendant is a named defendant in



Fresco; Counsel for Plaintiffs is also counsel for named plaintiffs in Fresco. Fresco was filed as a class action based on factual allegations and alleged violations of the federal Driver's Privacy Protection Act, 18 U.S.C. §§ 2721-2725 (1994 & Supp.1994) ("DPPA"), which parallel those alleged here, and the subject matter of this case involves subject matter, which is a material part of the subject matter of Fresco.

2. Plaintiffs Rosen and Levine and Defendant Choicepoint, Inc. have stipulated and agreed to a voluntary dismissal without prejudice of Plaintiffs' action, which allows for addition of Plaintiffs as named plaintiffs and putative class representatives in the Fresco action. The Parties' Stipulation of Dismissal is attached and incorporated as Exhibit "A."

3. Plaintiffs have not filed a motion for class certification in this action, and discovery has not commenced. No class certification hearing has been held in Fresco, and no class has been certified in that case. The Fresco parties are in the very early stages of discovery related to class certification, and they have not fully briefed their respective positions relating thereto. A class certification hearing in Fresco is not contemplated until at least next year.

4. The putative Class represented by Plaintiffs Rosen and Levine in this case will in no way be prejudiced by dismissal of Plaintiffs' action here, because the Parties have stipulated that Plaintiffs will be afforded the opportunity to be class representatives in the Fresco action.

5. All Parties will benefit from the granting of Plaintiffs' motion, which will conserve resources of counsel and this Court, and promote judicial economy. The requested voluntary dismissal of Plaintiffs' action and their addition as named plaintiffs to the Fresco action will also greatly reduce the possibility that the Parties will be subject to inconsistent rulings.

## MEMORANDUM OF LAW

Rule 23(e) and Rule 41, Federal Rules of Civil Procedure, require court approval for a class action to be dismissed. Thus, in order for the Plaintiffs' action to be dismissed as agreed in the Parties' Stipulation of Dismissal, Plaintiffs must seek and obtain from the Court an order granting a voluntary dismissal of this action without prejudice.

Courts have broad discretion to allow dismissal of actions without prejudice pursuant to Rule 41 (a)(2); an order allowing dismissal is reviewable only for abuse of discretion. Fisher v. Puerto Rico Marine Management, Inc., 940 F. 2d 1502 (11th Cir.1991). The Court should look to the reasons given for the request for dismissal, and any legal prejudice to the defendants resulting from such dismissal. Id.

As set forth above, there are good reasons for the request being made by Plaintiffs. The Parties have entered a Stipulation of Dismissal which promotes judicial economy, benefits both Parties, and results in no prejudice to Defendant or the putative class Plaintiffs seek to represent.

## Rule 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), counsel for Plaintiffs certifies that he has conferred with opposing counsel concerning the relief requested in this motion. Opposing counsel agrees with the relief requested herein, and, as stated above, the Parties have entered a Stipulation of Dismissal to that effect.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs' Motion For Voluntary Dismissal Without Prejudice in accordance with the attached Stipulation of Dismissal the Parties have executed.

Dated this 20th day of October, 2003.          Respectfully submitted,

*/s/ M. Fistos*

Gregory W. Kehoe
Florida Bar No.: 486140
gkehoe@jameshoyer.com
John A. Yanchunis
Florida Bar No.: 324681
jyanchunis@jameshoyer.com
JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, Florida 33609-2589
(813) 286-4100
Facsimile: (813) 286-4174

Mark Fistos
Florida Bar No. 0909191
mfistos@jameshoyer.com
JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
3301 Thomasville Rd., Suite A-200
Tallahassee, FL 32308
(850) 325-2680
Facsimile (850) 325-2681

David J. Sales
Florida Bar No. 794732
Searcy Denney Scarola
Barnhart & Shipley
2319 Palm Beach Lakes Blvd.
West Palm Beach, FL 33402
(561) 686-6300
Facsimile: (561) 478-0754

James K. Green
Florida Bar No. 229466
James K. Green, P.A.
Esperante, Suite 1630
226 Lakeview Avenue
West Palm Beach, FL 33401
(561) 659-2029
Facsimile: (561) 659-2029

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 20th day of October, 2003, to:

Laurie S. Fulton, Esq.
Raymond W. Bergan, Esq.
Kumiki Gibson, Esq.
Daniel A. Restrepo, Esq.
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005
Telephone: 202/434-5000
Fax: 202/434-5029

Alan G. Greer, Esq.
Richman, Greer, Weil, Brumbaugh
Mirabito & Christenson, P.A.
Miami Center - 10th Floor
201 S. Biscayne Boulevard, 10th Floor
Miami, FL 33130
Telephone: 305/373-4000
Facsimile 305/373-4099

Attorneys for Defendant

_____
MARK S. FISTOS, ESQ.

# EXHIBIT A

# EXHIBIT A

## STIPULATION OF DISMISSAL

The Parties to this Stipulation of Dismissal are Russell V. Rosen, Joel Levine, and Kenneth W. Heretick ("Plaintiff" respectively, or "Plaintiffs" collectively), and Automotive Directions, Inc., Experian Information Solutions, Inc., R.L. Polk & Co., Seisint, Inc., ChoicePoint Inc., ChoicePoint Public Records, Inc., ChoicePoint Precision Marketing Inc., Knowx LLC, Reed Elsevier Inc., Acxiom Corporation, and eFunds Corporation. ("Defendants"). The Parties, through their undersigned representatives, stipulate and agree as follows:

1. This Stipulation of Dismissal is made pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. The following actions individually or jointly filed by Russell V. Rosen, Joel Levine, or Kenneth W. Heretick shall be voluntarily dismissed without prejudice: <u>Levine v. Reed Elsevier</u>, Southern District Case No. 03-cv-80490-Ryskamp; <u>Rosen, et al. v. Acxiom Corp.</u>, Southern District Case No. 03:CV-22416-Moore/O'Sullivan; <u>Heretick and Rosen, et al. v. Automotive Directions, Inc.</u>, Southern District Case No. 03-CV-61579-Martinez; <u>Rosen and Levine et al. v. Choicepoint, Inc.</u>, Southern District Case No. 03-CV-22279-Hoeveler; <u>Rosen, et al. v. Efunds Corporation</u>, Southern District Case No. 03-CV-22437-Hoeveler; <u>Rosen, et al. v. Reed Elsevier, Inc.</u>, Southern District Case No. 03-CV-22414-Altonaga; <u>Heretick and Rosen, et al. v. R.L. Polk & Co.</u>, Southern District Case. No. 03-CV-61610-Martinez; and <u>Rosen, et al. v. Seisint, Inc.</u>, Southern District Case No. 03-CV-22511-Gold/Simonton. None of the Plaintiffs and none of the counsel for any Plaintiff shall be liable for attorneys' fees or costs, relating to or arising out of the dismissal of the foregoing actions.

3.  Russell V. Rosen, Joel Levine, and Kenneth W. Heretick shall be added as named plaintiffs in the action bearing the case style Richard Fresco, et al., v. Automotive Directions, Inc., et al., Case No. 03-61063-Civ-Martinez/Dube ("Fresco"), pending in the United States District Court for the Southern District of Florida. Defendants shall not object to or oppose the addition of Russell V. Rosen, Joel Levine, and Kenneth W. Heretick as named plaintiffs in the above-referenced Fresco action, or any motion or amendment of any pleading or motion filed to achieve this addition. No Defendant in Fresco will be required to file another Answer, or reiterate allegations or defenses in opposition to the Fresco Complaint, as a result of the addition of Russell V. Rosen, Joel Levine, and Kenneth W. Heretick as named plaintiffs in Fresco.

4.  The Parties further stipulate and agree that if Plaintiffs or any one of them is entitled to receive attorneys' fees in the Fresco action, then Defendants will not oppose any claim by counsel for Russell V. Rosen, Joel Levine, and Kenneth W. Heretick to claim credit in the Fresco action for the time, costs and attorneys' fees relating to the dismissed actions individually or jointly filed by Russell V. Rosen, Joel Levine, or Kenneth W. Heretick, against the following Defendants, respectively and collectively: Automotive Directions, Inc., R.L. Polk & Co., ChoicePoint Inc., Seisint, Inc., Reed Elsevier Inc., Acxiom Corporation, and eFunds Corporation.

5.  The Parties expressly reserve and do not waive all rights, actions, claims, defenses, and objections they may otherwise have against each other, including but not limited to any challenge to the reasonableness of any attorneys' fees claimed under paragraph 4 of this Stipulation.

6.  In order to expedite the execution and delivery of this Stipulation of Dismissal, the Stipulation of Dismissal may be executed in counterparts, each of which shall be deemed an original and all of which together shall be deemed one and the same Stipulation of Dismissal.

| COUNSEL FOR RUSSELL V. ROSEN AND KENNETH W. HERETICK: | COUNSEL FOR JOEL LEVINE: |
|---|---|
| *[signature]* <br> John A. Yanchunis <br> Florida Bar No. 324681 <br> James Hoyer Newcomer & Smiljanich, P.A. <br> One Urban Center, Suite 550 <br> 4830 W. Kennedy Boulevard <br> Tampa, FL 33609 <br> Telephone: (813) 286-4100 <br> Facsimile: (813) 286-4174 | *[signature]* <br> David F. Sales, Esq. <br> Florida Bar No. 794732 <br> Searcy Denney Scarola Barnhardt & Shipley <br> 2139 Palm Beach Lakes Blvd. <br> P.O. Drawer 3626 <br> West Palm Beach, FL 33402 <br> Telephone: (561) 686-6300 <br> Facsimile: (561) 478-0754 <br> - and - <br> James K. Green, Esq. <br> Florida Bar No. 229466 <br> Law Office of James K. Green <br> Esperanté, Suite 1630 <br> 226 Lakeview Avenue <br> West Palm Beach, FL 33401 <br> Telephone: (561) 659-2029 <br> Facsimile: (561) 655-1357 |

| COUNSEL FOR E-FUNDS CORPORATION: | COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.: |
|---|---|
| Gary L. Sasso, Esq.<br>Florida Bar No. 622575<br>James Michael Walls, Esq.<br>Florida Bar No. 706272<br>Carlton Fields<br>200 Central Ave., Ste. 2300<br>Post Office Box 2861<br>St. Petersburg, FL 33731<br>Telephone: (727) 821-7000<br>Facsimile: (727) 822-3768 | Jerome R. Doak, Esq.<br>Amy Payne, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>- and -<br>James E. Zloch, Esq.<br>Florida Bar No. 241776<br>Dennis M. O'Hara, Esq.<br>Florida Bar No. 148434<br>Robert C. Bauroth, Esq.<br>Florida Bar No. 277940<br>Wicker, Smith<br>SouthTrust Tower, 5th Floor<br>One East Broward Boulevard<br>Ft. Lauderdale, FL 33302<br>Telephone: (954) 467-6405<br>Facsimile: (954) 760-9353 |

| COUNSEL FOR AUTOMOTIVE DIRECTIONS, INC.: | COUNSEL FOR R.L. POLK & CO.: |
|---|---|
| Thomas H. Loffredo, Esq.<br>Florida Bar No. 870323<br>Deanna K. Shullman, Esq.<br>Florida Bar No. 514462<br>Holland & Knight, LLP<br>One East Broward Boulevard, Ste. 1300<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 525-1000<br>Facsimile: (954) 463-2030 | Lewis F. Collins, Jr., Esq.<br>Florida Bar No. 267422<br>Marjorie Hensel, Esq.<br>Florida Bar No. 771820<br>Butler Pappas Weihmuller Katz Craig, LLP<br>Bayport Plaza, Ste. 1100<br>6200 Courtney Campbell Causeway<br>Tampa, FL 33607<br>Telephone: (813) 281-1900<br>Facsimile: (813) 281-0900 |

| COUNSEL FOR ACXIOM CORPORATION: | COUNSEL FOR SEISINT, INC.: |
|---|---|
| Marty Steinberg, Esq.<br>Florida Bar No. 187293<br>Stephen R. Astley, Esq.<br>Florida Bar No. 0139254<br>Walfrido J. Martinez, Esq.<br>Florida Bar No. 917930<br>Hunton & Williams<br>Barclay Financial Center<br>1111 Brickell Avenue, Ste. 2500<br>Miami, FL 33131<br>Telephone: (305) 810-2460<br>Facsimile: (305) 810-2460<br>- and -<br>Peggy Eisenhauer<br>Hunton & Williams<br>Bank of America Plaza<br>Suite 4100<br>600 Peachtree Street, NE<br>Atlanta, GA 30308-2216<br>Telephone: (404) 888-4000<br>Facsimile: (404) 888-4190 | Frederick H.L. McClure, Esq.<br>Florida Bar No. 147354<br>Piper Rudnick LLP<br>101 E. Kennedy Blvd., Ste. 2000<br>Tampa, FL 33602<br>Telephone: (813) 229-5908<br>Facsimile: (813) 229-1447<br>- and -<br>Keara Gordon, Esq.<br>Christopher Strongosky, Esq.<br>Darren Gibson, Esq.<br>Piper Rudnick LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 835-6000<br>Facsimile: (212) 835-6001 |

| COUNSEL FOR CHOICEPOINT INC., CHOICEPOINT PUBLIC RECORDS INC., CHOICEPOINT PRECISION MARKETING INC. AND KNOWX LLC: | COUNSEL FOR REED ELSEVIER INC.: |
|---|---|
| *Laurie S. Fulton* /jwr<br>Laurie S. Fulton, Esq.<br>Raymond W. Bergan, Esq.<br>Kumiki Gibson, Esq.<br>Daniel A. Restrepo, Esq.<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>- and -<br>Alan G. Greer, Esq.<br>Florida Bar No. 123294<br>Richman, Greer, Weil, Brumbaugh, Mirabito & Christensen, P.A.<br>Miami Center – 10th Floor<br>201 S. Biscayne Boulevard, 10th Floor<br>Miami, FL 33130<br>Telephone: (305) 373-4000<br>Facsimile: (305) 373-4099 | Charles J. Faruki, Esq.<br>Jeffrey T. Cox, Esq.<br>Ronald I. Raether, Jr., Esq.<br>Faruki Ireland & Cox P.L.L.<br>500 Courthouse Plaza<br>10 North Ludlow Street<br>Dayton, OH 45402-1818<br>Telephone: (937) 227-3733<br>Facsimile: (937) 227-3704<br>- and -<br>Sidney A. Stubbs, Esq.<br>Florida Bar No. 095596<br>Jones, Foster, Johnston & Stubbs, P.A.<br>Flagler Center Tower<br>505 South Flagler Dr., Ste. 1100<br>West Palm Beach, FL 33401-5936<br>Telephone: (561) 659-3000<br>Facsimile: (561) 832-1454<br>- and -<br>Carl Joseph Coleman, Esq.<br>Florida Bar No. 578207<br>Fowler White Boggs Banker, P.A.<br>Post Office Box 1567<br>Fort Myers, FL 33902<br>Telephone: (239) 334-7892<br>Facsimile: (239) 334-2340 |